UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SASHA BELL, TREVELLE ROUNDTREE and RODERICK HICKMAN | CIVIL ACTION NO. 2:12-cv-01642 |
| VERSUS | JUDGE NANNETTE JOLIVETTE BROWN |
| R-STAR LOGISTICS, GREAT WEST CASUALTY INSURANCE COMPANY and GREGORY JOHN SPINA | MAG. JUDGE DANIEL E. KNOWLES, III |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come the plaintiffs, Roderick Hickman, Sasha Bell and Trevelle Roundtree, and defendants, R-Star Logistics and Great West Casualty Company, and upon suggesting to the Court that they have compromised and settled all disputes and differences with regards to the claims of Roderick Hickman, Sasha Bell and Trevelle Roundtree, and that they now desire to have any and all claims asserted by Roderick Hickman, Sasha Bell and Trevelle Roundtree in the captioned litigation, as well as the entirety of the captioned litigation, dismissed, with prejudice, each party to bear their own costs.

**NOW, THEREFORE**, the aforementioned parties move this Honorable Court for an Order dismissing all claims of Roderick Hickman, Sasha Bell and Trevelle Roundtree asserted in

the captioned matter, as well as the entirety of the captioned matter, with prejudice, each party to bear their own costs.

Respectfully submitted,

**LAW OFFICE OF RICHARD V. KOHNKE & ASSOCIATES**

By: _____
**RICHARD V. KOHNKE (#1166)**
2917 Magazine Street, Suite 201
New Orleans, Louisiana 70115
Telephone: (504) 899-6864
Telefax: (504) 899-6858
*Attorney for Plaintiffs, Roderick Hickman, Sasha Bell and Trevelle Roundtree*


**CHOPIN, WAGAR, RICHARD & KUTCHER, LLP**

By: _____
**BRADLEY J. LUMINAIS, JR. (# 28663)**
**BRITTANY M. COURTENAY (# 31846)**
Two Lakeway Center - Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3838
*Attorneys for Defendants, R-Star Logistics and Great West Casualty Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on the ____ day of _____, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
BRADLEY J. LUMINAIS, JR.